In the Matter of the TOWN OF WOODBURY et al., Appellants, against MATTHIAS NICOLL, JR., et al., Constituting the Board of Appeals, Respondents.

(Argued December 6, 1932; decided January 10, 1933.)

*Percy V. D. Gott* and *Joseph W. Gott* for appellants.

*John J. Bennett, Jr.,* Attorney-General (*David Copans* of counsel), for respondents.

*Albert T. Scharps* for Jewish Consumptives' Relief Society, *amicus curiæ.*

Order affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.